555 new

| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983** |
| 2 | Name  GREENE    Sharlene |
| 3 |         (Last)         (First)         (Initial) |
| 4 | Prisoner Number (UGF)-477 (PFN) |
| 5 | Institutional Address 5325 Broder BLVD Dublin, Ca. |
| 6 | |

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ms. Sharlene Greene
(Enter the full name of plaintiff in this action.)

vs.

Alameda County Jail
Santa Rita Jail Prison Health Svcs.
5325 Broder BLVD,
Dublin, Ca. 94568
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 3986 PJH (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

[All questions on this complaint form must be answered in order for your action to proceed..]

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  Alameda County Jail (Santa Rita Jail)

B.  Is there a grievance procedure in this institution?

    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                - 1 -

1.     1. Informal appeal _____

2.     _____

3.     _____

4.     2. First formal level _____

5.     _____

6.     _____

7.     3. Second formal level _____

8.     _____

9.     _____

10.     4. Third formal level _____

11.     _____

12.     _____

13.   E.    Is the last level to which you appealed the highest level of appeal available to

14.     you?

15.     YES ( )    NO (✓)

16.   F.    If you did not present your claim for review through the grievance procedure,

17. explain why. *Because I'm suing Prison Health Svcs, and this situation cannot*

18. *be handled, dealt with, or accommodated with the limits of Santa Rita*

19. *County jail.*

20. II.    Parties.

21.   A.    Write your name and your present address. Do the same for additional plaintiffs,

22.     if any.

23. *Ms. Sharlene Greene*

24. _____

25. _____

26.   B.    Write the full name of each defendant, his or her official position, and his or her

27.     place of employment.

28. *Alameda County Sheriff's Dept, Santa Rita Co. jail*

COMPLAINT     - 2 -

*SEE page "3"*

1  <u>Malpractice <sup>And</sup>/or Mental Anguish</u>

2

3

4

5  III.   Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  On 01 July 2008 I was summoned to the (sick call) nurse's office approx. 1000 HRS
11  regarding a painful lump in my Left Breast. After it was discovered that my BP
12  (Blood Pressure) was high and my temp was 100° I was immediately escorted to OB/GYN.
13  Let me remind you my vitals were taken 3x's. I had no mammogram, no x-ray
14  nothing, I there was taken to the infirmary at approx 1330 HRS to a man by the
15  name Dr. Aramburo, at his request I laid down raised my shirt, the doctor did ex-
16  amine the lump and instantly decided he'd lance it. I didn't agree to this procedure,
17  I never signed a consent and when I went to push his hand away he continued by this
18  time I was sliced open, he did remove some tissue no anesthetic was given, no pain
19  medicine, no explanation. I was in excruciating pain as I am now,
20  there was not even a culture done, the uniform shirt I was wearing was unsanitary as
21  well and I was denied a replacement, I believe all these allegations are true
22  to the best of my ability ——— I received no Annesthia through all of this
                                     Nothing for pain or numbness.
23  IV.   Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I have suffered mentally for this and I seek Mental Health therapy,
27  I seek any and all finacial assets I can be allotted within
28  Legal Reasoning, I request a full pledge investigation

COMPLAINT                        - 3 -

1 | OF THIS CLAIM AND that I be compensated to the fullest
2 | _____
3 | _____
4 | _____

5   I declare under penalty of perjury that the foregoing is true and correct.

7   Signed this __7th__ day of __July__, 20_08_

9   X _Sharlene Greene_____
10                    (Plaintiff's signature)

COMPLAINT                              - 4 -

**ALAMEDA COUNTY SHERIFF'S DEPARTMENT**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: GREENE, SHARLENE                            PFN: UGF477
HOUSING UNIT: 25 SO. (D2) LOWER                   DATE: 7/05/08

NATURE OF GRIEVANCE: (Give specific details)

ON JULY 1, 2008 AT APPROXIMATELY 10:00 AM I WAS CALLED TO SICK-CALL CONCERNING A LUMP ON MY BREAST DISCOVERED BY ME. VITALS AND EXAMINATION WERE DONE. I WAS THEN ESCORTED TO OB GYN, AGAIN, VITALS AND EXAMINATION WAS DONE. I WAS LATER ESCORTED TO THE INFIRMARY, AGAIN VITALS WERE TAKEN. BETWEEN THE HRS OF 1300 - 1330 HRS. I MET WITH DR. ARAMBURO, AFTER EXAMINATION, HE DECIDED TO LANCE THIS UNKNOWN LUMP. NO X-RAYS WERE DONE TO DETERMINE HOW CLOSE THIS LUMP/SPIDER BITE (WHO KNOWS WHAT IT WAS) WAS TO MY HEART. I BEGAN TO TRY TO TELL HIM ABOUT A BIOPSY THAT WAS DONE AT VALLEY MEMORIAL IN (2005). HE IGNORED ME PUSHED MY HAND AWAY, TWO FEMALE ASSISTANCE (NAMES UNKNOWN) HELD MY WRIST DOWN AND WITHOUT NOVICANE (FOR NUMBNESS) (OR LOCAL ANISTHESIA) HE TOOK A SHARP OBJECT AND SLICED MY BREAST OPEN AND PRESSED EXTREMELY HARD CAUSING EXCRUCIATING PAIN, NOT TOTALLY SATISFIED, HE SLICED AGAIN AND PRESS AGAIN. ONCE COMPLETED NO CULTURE WAS DONE TO DETERMINE JUST WHAT WAS REMOVED. NO X-RAYS, NO MAMMOGRAM, NO CULTURE, NO LOCAL ANESTHESIA.

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2
SIGNATURE: Sharlene Greene
*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: P. GAINER            BADGE #: 1902    DATE: 070708

[ ] RESOLVED-INMATE ACCEPTANCE: _____   [X] CAN NOT BE RESOLVED AT THIS LEVEL
    Explain resolution on reverse side.      Draw tracking number from CR-11

FORWARDED TO SGT. B. QUIN                TRACKING NUMBER: (D86-81097)

Copies: White      - Staff Use
        Yellow - Inmate Receipt Copy                      ML-51 (rev 5/94)

## INMATE GRIEVANCE RESPONSE



GRIEVANCE TRACKING NUMBER: __08G–S1097__

INMATE: __Greene, Sharlene__    PFN: __UGF477__    HOUSING UNIT LOCATION: __25 D 26__

GRIEVANCE IS    AFFIRMED: ___    DENIED: __X__    WITHDRAWN: ___    RESOLVED: ___    REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated July 5, 2008.

In your grievance, you made the following claim(s):

1) On 070108, you were treated for a lump on your breast by PHS. You feel the treatment you received was wrong.

**Response:** The Grievance Unit presented your grievance to PHS (Prison Health Services). The following contains input from both PHS and the Grievance Unit.

1) PHS stated that on 070108, you were evaluated and treated for an abscess. The Grievance Unit found no evidence to support your claim that the treatment you received was incorrect. Your grievance is **DENIED**.

Investigating Supervisor: __M. Molloy, Sergeant__    Date: __7/23/08__
Inmate's Signature: __Sharlene Greene__    Date: __7/26/08__
Do you wish to appeal this ruling?    Yes ___    No __X__    Refused to Answer ___    Date: __7/26/08__
Appeal Officer: ___    Recommendation: ___    Date: ___
Reason for affirmation or denial: (If different from above)

Commanding Officer: __Lt. J. Farr 1013__    Recommendation: __Agree__    Date: __07/29/08__
ML52
(Rev.01/01/05) kab

ENTERED AUG – 1 2008

Sharlene Greene
PFN UGF477
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568



CLERK OF THE UNITED S
450 GOLDEN GATE AVENU
BOX 36060
SAN FRANCISCO,   CA

;TATES DISTRICT COURT
'E

94102