1

2

3

4

5

6

7

**FILED**

AUG 2 0 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9

10  Ms. Sharlene Greene

11                    Plaintiff,

12  vs.

13  Alameda County sheriff Dept.
     Prison Health Services

14                    Defendant.

CV 08      3986

**PJH**

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**(PR)**

15

16       I, Ms. Sharlene Greene , declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22       In support of this application, I provide the following information:

23  1.   Are you presently employed?  Yes _____  No ✓

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: N/A _____   Net: N/A _____

27  Employer: N/A _____

28  _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _N/A_____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9          a.     Business, Profession or                    Yes ____ No ✓

10                self employment

11         b.     Income from stocks, bonds,                 Yes ____ No ✓

12                or royalties?

13         c.     Rent payments?                             Yes ____ No ✓

14         d.     Pensions, annuities, or                    Yes ____ No ✓

15                life insurance payments?

16         e.     Federal or State welfare payments,         Yes ____ No ✓

17                Social Security or other govern-

18                ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.      Are you married?                                Yes ____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.     a.      List amount you contribute to your spouse's support:$ _____

1          b.      List the persons other than your spouse who are dependent upon you for

2                  support and indicate how much you contribute toward their support.  (NOTE:

3                  For minor children, list only their initials and ages.  DO NOT INCLUDE

4                  THEIR NAMES.).

5          _____

6          _____

7    5.    Do you own or are you buying a home?              Yes ____ No ____

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                         Yes ____ No ____

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash?  Yes ____ No ____ Amount: $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No ____

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _N/A_____ Utilities: _N/A_____

23   Food: $ ___N/A_____ Clothing: _N/A_____

24   Charge Accounts:

25   Name of Account          Monthly Payment              Total Owed on This Acct.

26   _____    $ _____    $ _____

27   _____    $ _____    $ _____

28   _____    $ _____    $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  _N/A_

4

5  10.  Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _N/A_

10

11  I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13  I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _July 7, 2008_                    _signature_

17      DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                                    Case Number: _____

3

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                          **IN**

10                          **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _Ms. Sharlene Greene_____ for the last six months

                                              [prisoner name]

14   _Alameda Co. Sheriffs Department____ where (s)he is confined.

          [name of institution]

15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____

                                          [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

**JQAT.UGF477**                                                    07/10/08   0044   **PAGE**   1

INMATE ACCOUNT TRANSACTIONS

**PFN/AJIS: UGF477      HFA: SRJ      NAME: GREENE, SHARLENE         ACCT BAL:              .00**

| TRANS DATE | HFA | ---RECEIPT--- NUMBER | TRANSACTION CODE LITERAL | | | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|---|
| 05/09/08 | SRJ | 15-99340 | CBKG | CR | NBOK | .00 | .00 | W:932 |
| 05/10/08 | SRJ | 15-99340 | CNEW | CR | NBKD | 11.33 | 11.33 | |
| 05/12/08 | SRJ | SF-10331 | DCOM | DB | COMM | 11.10- | .23 | |
| 05/13/08 | SRJ | TS-00090 | CMAI | CR | MAIL | 50.00 | 50.23 | |
| 05/19/08 | SRJ | SF-12702 | DCOM | DB | COMM | 47.36- | 2.87 | |
| 05/20/08 | SRJ | SF-12809 | CCOM | CR | COMM | 1.05 | 3.92 | |
| 05/26/08 | SRJ | SF-15048 | DCOM | DB | COMM | 3.92- | .00 | |
| 06/19/08 | SRJ | TS-10823 | CMAI | CR | MAIL | 100.00 | 100.00 | |
| 06/23/08 | SRJ | SF-24067 | DCOM | DB | COMM | 87.21- | 12.79 | |
| 06/30/08 | SRJ | SF-26302 | DCOM | DB | COMM | 12.30- | .49 | |

**252 W:BALANCE IS ZERO                    932 W:RECEIPT HAS ADJ(S) POSTED**
**338 PRESS PA1 FOR NEXT PAGE**

```
JQAT.UGF477                                               07/10/08   0044    PAGE    2
                             INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: UGF477    HFA: SRJ   NAME: GREENE, SHARLENE        ACCT BAL:            .00

   TRANS       ---RECEIPT---      TRANSACTION      AMOUNT      RUNNING       MSG
   DATE       HFA     NUMBER     CODE LITERAL                  BALANCE

07/01/08      SRJ    SF-26444    DMED                .49-          .00
```

252 W:BALANCE IS ZERO