UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARLENE GREENE,

    Plaintiff,

    v.

ALAMEDA COUNTY JAIL; SANTA RITA JAIL PRISON HEALTH SERVICE; and Dr. ARAMBURO, Santa Rita Prison Health Service,

    Defendants.

                                     /

No. C 08-3986 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at her last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May 4, 2009.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.08\GREENE3986.DSM-mail.wpd